# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **YOLANDER BULLARD**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIV. ACT. NO. 1:19-cv-159-TFM-MU |
| | ) | |
| **THE HOUSING AUTHORITY OF THE CITY OF MONROEVILLE**, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION AND ORDER

On November 15, 2021, the Magistrate Judge entered a report and recommendation which recommends Defendant's Motion for Sanctions (Doc. 206) as to Ashley Miller be granted and her claims be dismissed. *See* Doc. 210. *See* Doc. 210. No objections were filed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. The Motion for Sanctions (Doc. 206) is **GRANTED in part**[1] in that the request for dismissal is granted and the claims asserted by Plaintiff Ashley Miller are **DISMISSED without prejudice**. The Court declines the request to grant the dismissal with prejudice.

The case is **REFERRED BACK** to the Magistrate Judge for further proceedings.

---

[1] The motion for sanctions as it pertains to Plaintiff Larayn Lett was addressed by the Magistrate Judge in his order on November 15, 2021. *See* Doc. 209. To the extent Defendants requested dismissal of Plaintiff Lett's claims, for the reasons stated in the Order, that request is **DENIED in part** as lesser sanctions were deemed appropriate. The Court concurs with that order and adopts it as the Opinion and Order of the Court denying the request for dismissal as outlined in the first motion for sanctions (Doc. 206). The Court makes no judgment as to the supplemental request (Doc. 214) as that remains pending before the Magistrate Judge.

**DONE** and **ORDERED** this 1st day of December, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE